

US00D629056S

| (12) **United States Design Patent**<br>Grimm | (10) Patent No.: **US D629,056 S**<br>(45) Date of Patent: ★★ **Dec. 14, 2010** |
|---|---|

(54) **TOY BALL HAVING PROTRUDING LOBES**

(76) Inventor: **Tom Grimm**, 1031 Nbarrow La., Napa, CA (US) 94558

(**) Term: **14 Years**

(21) Appl. No.: **29/362,312**

(22) Filed: **May 24, 2010**

(51) LOC (9) Cl. ................................................ 21-02
(52) U.S. Cl. ....................................................... D21/707
(58) Field of Classification Search .............. D21/373, D21/385–389, 398, 466, 479, 480, 498, 707–714; D30/160; D11/121, 124–129, 130; 473/569–614; 273/288, 291, 146, 156, 157 R, 160, 153 S, 273/DIG. 20; 119/707–711; 446/219–226, 446/400, 409, 437, 459, 486; 428/11
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,031,240 | A | * | 2/1936 | Van Deest | 473/595 |
| 2,151,030 | A | * | 3/1939 | Hinsen | 473/569 |
| 2,362,064 | A | * | 11/1944 | Giesinger | 473/595 |
| 2,521,703 | A | * | 9/1950 | Emmitt | 473/596 |
| 2,546,896 | A | * | 3/1951 | Kassuba | 473/596 |
| D177,323 | S | * | 4/1956 | Guest | D21/386 |
| 2,783,046 | A | * | 2/1957 | Lien | 473/596 |
| D317,805 | S | * | 6/1991 | Swan | D21/707 |
| 5,028,053 | A | * | 7/1991 | Leopold | 473/473 |
| 5,251,908 | A | * | 10/1993 | Myers | 473/607 |
| 5,906,530 | A | * | 5/1999 | Lindsey | 446/85 |
| D456,570 | S | * | 4/2002 | Tsengas | D30/160 |
| 6,443,863 | B1 | * | 9/2002 | Dinoffer | 473/595 |
| D585,162 | S | * | 1/2009 | Partain et al. | D30/160 |

| 2007/0068464 | A1 | * | 3/2007 | Smith et al. | 119/709 |

FOREIGN PATENT DOCUMENTS

| CN | 3072049 | * | 1/1998 |
| EM | 001565722-0002 | * | 7/2009 |
| EM | 001565722-0004 | * | 7/2009 |
| EM | 001565722-0005 | * | 7/2009 |
| EM | 001565722-0006 | * | 7/2009 |
| EP | 106928 A1 | * | 5/1984 |

OTHER PUBLICATIONS

Hong Kong Toys Jan. 2003, p. 712: Item # 1EB703 in second row from top, second from right.*
Item shown on webpage: http://ec1.images-amazon.com/images/121FNQNW3YOL._AA160_.jpg Retrieval date: Sep. 26, 2007.*

* cited by examiner

Primary Examiner—Catherine Tuttle
(74) Attorney, Agent, or Firm—LaMorte & Associates

(57) **CLAIM**

The ornamental design for a toy ball having protruding lobes, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a toy ball having protruding lobes;

FIG. 2 is a top view, the bottom view being a mirror thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a left side view thereof; and,

FIG. 6 is a right side view thereof.

1 Claim, 3 Drawing Sheets





FIG. 1



FIG. 2



FIG. 3



FIG. 4

**U.S. Patent**     Dec. 14, 2010     Sheet 3 of 3     **US D629,056 S**



FIG. 5



FIG. 6